# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LUCAS NICOLSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Docket No. 09-cv-541-P-S |
| | ) |
| ERICA PAPPALARDO, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER ON JOINT MOTION TO AMEND

Before the Court is the Joint Motion to Amend the Court's Findings of Fact and Conclusions of Law (Docket # 57). The Motion is hereby GRANTED WITHOUT OBJECTION.

Conclusion Paragraph One of the Court's December 28, 2009 Findings of Fact and Conclusions of Law (Docket # 33) is hereby AMENDED to read as follows:

1. Pappalardo is ORDERED to return S.G.N. to Australia at her own expense not later than July 9, 2010. Pappalardo shall keep Nicolson informed of her travel plans with respect to S.G.N.'s return.

All other portions of the December 28, 2009 Order shall remain in effect in accordance with the Judgment entered by this Court on December 28, 2009, which was affirmed by the First Circuit Court of Appeals on April 30, 2010.

SO ORDERED.

    /s/ George Z. Singal
United States District Judge

Dated at Portland, Maine, this 27th day of May 2010.